

> Application granted.
>
> The Clerk of Court is respectfully requested to terminate the motion sequence pending at Doc. 22.
>
> SO ORDERED.
>
> _____
> Philip M. Halpern
> United States District Judge
>
> Dated: White Plains, New York
> February 28, 2024

**VIA ELECTRONIC FILING**

The Honorable Philip M. Halpern, U.S.D.J.
Southern District of New York
300 Quarropas Street
White Plains, NY 10601-4150

    Re:    ***Jones v. U.S. Bank, et al.***
            <u>Civil Action No. 7:24-cv-00757-PMH</u>

Dear Judge Halpern:

    My firm is counsel to defendant U.S. Bank National Association in the above-referenced action. Pursuant to Rule 1.C. of the Court's Individual Practices, I write to request a one-week extension of time for U.S. Bank to respond to the complaint in this action. Plaintiff's counsel has kindly consented to this application.

    Plaintiff served U.S. Bank with the summons and complaint on February 6, 2024. I request the brief extension of time to review my client's records in connection with plaintiff's allegations before filing a responsive pleading or motion. This is U.S. Bank's first request for an extension of time to respond to the complaint. No initial or other conference has been scheduled in this action, and therefore this extension should not affect any other dates or deadlines.

    My client and I thank the Court for its consideration.

                                                          Respectfully submitted,

                                                          Daniel Ginzburg

Cc:    All Counsel of Record (via ECF)